# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For Revocation of Probation or Supervised Release) |
| ENTEBBE BATES | Case Number: 8:00-CR-396-T-17TBM |
| | USM Number: 39458-018 |
| | AFPD Daniel Hernandez |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) <u>1 through 9</u> of the term of supervision.

| Violation Charge No. | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New conviction for criminal conduct, Conspiracy to Possess with Intent to Distribute 50 grams or more of Cocaine Base | July 28, 2009 |
| 2 | New criminal conduct, Driving with License Suspended/ Revoked-Habitual | July 27, 2007 |
| 3 | New criminal conduct. Leaving the Scene of an Accident with Property Damage | July 27, 2007 |
| 4 | Failure to submit written monthly reports | Due 10/5/07 and 11/5/07 |
| 5 | Failure to support dependants | Between 9/2006 and 10/2007 |
| 6 | Failure to work regularly at a lawful occupation | Since 6/2007 |
| 7 | Distribution of Controlled Substance | 11/1/07 |
| 8 | Frequenting a location where drugs are illegally sold, used, distributed or administered | 11/1/07 |
| 9 | Association with a person convicted of a felony | During 8/2007 and 10/2007 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

February 19, 2010
Date of Imposition of Judgment

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

FEBRUARY 22nd, 2010
Date

DEFENDANT: ENTEBBE BATES
CASE NUMBER: 8:00-CR-396-T-17TBM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **FORTY-SIX (46) MONTHS** with credit for time served to be calculated by the United States Bureau of Prisons. This term of imprisonment shall run **CONCURRENTLY** with the term of imprisonment imposed in Case No. 8:07-CR-472-T-17MAP.

__X__  The defendant is remanded to the custody of the United States Marshal Service.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL